# Attachment A
## Properties to be Searched

The "Subject Premises" is Room 174 of the Quality Inn Hotel located at 2572 Shelburne Road in Shelburne, Vermont. It is a first-floor motel room with an off-white door with the numbers "174" mounted on the wall next to it and a "No Smoking" sign on the door itself. The entrance to the Subject Premises is depicted below:



The "Subject Vehicle" is a blue 2019 Subaru Impreza bearing New York registration LBX5086. The "Subject Vehicle" is currently secured at the Burlington Police Department, in a secure garage bay, located at One North Avenue in Burlington, Vermont. Photographs of the Subject Vehicle are below:



